GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KEVIN HASBROUCK, JR.,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, and CAPITAL ONE BANK (USA), N.A.,

Defendants.

Case No.: 2:26-cv-02618-MDC

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 21, 2026, through and including **October 23, 2026**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

///

///

///

///

and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 21st day of September 2026.

CLARK HILL PLLC

By: */s/Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

***No opposition***

FREEDOM LAW FIRM, LLC

By: */s/ George Haines, Esq.*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 South Eastern Avenue., Suite 205
Las Vegas, NV 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

**ORDER**

IT IS SO ORDERED:

______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: September 21 ,2026